UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| MARK HAGELIN and <br> BURTON HAGELIN, <br><br> Plaintiffs, <br><br> v. <br><br> STATE OF MAINE, et al., <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) Civil No. 05-60-B-W <br> ) <br> ) <br> ) <br> ) |

ORDER AFFIRMING THE
RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

No objection having been filed to the Magistrate Judge's Recommended Decision filed May 3, 2005, the Recommended Decision is accepted.

Accordingly, it is hereby ORDERED that the Plaintiffs' Complaint be and hereby is DISMISSED for failure to prosecute.

/s/ John A. Woodcock, Jr.
JOHN A. WOODCOCK, JR.
UNITED STATES DISTRICT JUDGE

Dated this 23rd day of May, 2005